FILED

12/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0583





FILED

DEC 07 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 20-0583

Brandon James Killam

v.

Jim Salmonsen, acting Warden Montana
State Prison

GRANT OF MOTION TO PROCEED
WITHOUT PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

DATED:  December 7, 2020

_____

BOWEN BREENWOOD
Clerk of the Supreme Court